1   Nicholas A. Brown  (CA SBN 198210)
    brownn@gtlaw.com
2   GREENBERG TRAURIG LLP
    4 Embarcadero Center
3   Suite 3000
    San Francisco, CA 94111
4   Telephone: 415.655.1300
    Facsimile: 415.707.2010
5
    Attorneys for Plaintiff
6   Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions

7   Kenneth B. Wilson (CA SBN 130009)
    ken@coastsidelegal.com
8   COASTSIDE LEGAL
    455 1st Avenue
9   Half Moon Bay, CA 94019
    Telephone: 650.440.4211
10  Facsimile: 650.440.4851

11  Attorneys for Defendant
    Oliso, Inc.
12
                 UNITED STATES DISTRICT COURT
13             NORTHERN DISTRICT OF CALIFORNIA
                  SAN FRANCISCO DIVISION
14

15  SUNBEAM PRODUCTS, INC., d/b/a Jarden          CASE NO.  CV 3:13-cv-03577-SI
    Consumer Solutions, a Delaware corporation,
16                                                 JOINT STIPULATION AND
                    Plaintiff,                     REQUEST TO CONTINUE CASE
17                                                 MANAGEMENT CONFERENCE
            v.
18                                                 The Honorable Susan Illston
    OLISO, INC.  a California corporation,
19
                    Defendant.
20

21

22

23

24

25

26

27

28

---

Joint Stip. and Request to Continue Case                    Case No. 3:13-cv-03577-SI
Management Conference

1

2          WHEREAS plaintiff Sunbeam Products, Inc. ("Sunbeam") filed this action on August 1,

3  2013;

           WHEREAS counsel for Oliso was not retained until Monday, October 21, 2013;

4          WHEREAS defendant Oliso, Inc. ("Oliso") answered the complaint on Friday, October

5  25, 2013;

6          WHEREAS, the deadline for the parties to exchange Rule 26 Initial Disclosures is Friday,

7  November 1, 2013;

8          WHEREAS, the Case Management Conference is currently scheduled for Friday,

9  November 8, 2013;

10         WHEREAS counsel for Oliso and Sunbeam desire more time to meet and confer

11  regarding a proposed case management order and to prepare their respective Rule 26 Initial

12  Disclosures;

13         WHEREAS no other time modifications have previously been requested by the parties;

14  and

15         WHEREAS this request of a two-week continuance will not affect the orderly conduct of

16  this action;

17         The parties hereby jointly stipulate and request that this Court continue the Case

18  Management Conference until Friday, November 22, 2013 or as soon thereafter as is convenient

19  for the Court, and that the deadline for Initial Disclosures pursuant to Rule 26 be extended to

20  November 8, 2013.

21  Dated: November 1, 2013              By: /s/ Nicholas A. Brown

22
                                        NICHOLAS A. BROWN (CA SBN 198210)
23                                      brownn@gtlaw.com
                                        GREENBERG TRAURIG, LLP
24                                      4 Embarcadero Center
                                        Suite 3000
25                                      San Francisco, CA 94111
                                        Telephone: (415) 655-1300
26                                      Facsimile: (415) 707-2010
                                        Attorney for Plaintiff Sunbeam Products, Inc.,
27                                      d/b/a Jarden Consumer Solutions

28

1

2

3        By: /s/ Kenneth B. Wilson (with permission)

4           Kenneth B. Wilson (CA SBN 130009)
            ken@coastsidelegal.com
5           COASTSIDE LEGAL
            455 1st Avenue
6           Half Moon Bay, CA 94019
            Telephone: 650.440.4211
7           Facsimile: 650.440.4851

8           Attorneys for Defendant
            Oliso, Inc.

9

10  PURSUANT TO STIPULATION, IT IS SO ORDERED

11

12       11/4/13
         _____              _____
13       Date                             Hon. Susan Illston

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28