Nicholas A. Brown  (CA SBN 198210)
brownn@gtlaw.com
GREENBERG TRAURIG LLP
4 Embarcadero Center
Suite 3000
San Francisco, CA 94111
Telephone: 415.655.1300
Facsimile: 415.707.2010

Attorneys for Plaintiff
Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions

Kenneth B. Wilson (CA SBN 130009)
ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, CA 94019
Telephone: 650.440.4211
Facsimile: 650.440.4851

Attorneys for Defendant
Oliso, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNBEAM PRODUCTS, INC., d/b/a Jarden Consumer Solutions, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>OLISO, INC. a California corporation,<br><br>Defendant. | CASE NO.  CV 3:13-cv-03577-SI<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>The Honorable Susan Illston |

WHEREAS plaintiff Sunbeam Products, Inc. ("Sunbeam") filed this action on August 1, 2013;

WHEREAS counsel for Oliso was not retained until Monday, October 21, 2013;

WHEREAS defendant Oliso, Inc. ("Oliso") answered the complaint on Friday, October 25, 2013;

WHEREAS, the deadline for the parties to exchange Rule 26 Initial Disclosures is Friday, November 1, 2013;

WHEREAS, the Case Management Conference is currently scheduled for Friday, November 8, 2013;

WHEREAS counsel for Oliso and Sunbeam desire more time to meet and confer regarding a proposed case management order and to prepare their respective Rule 26 Initial Disclosures;

WHEREAS no other time modifications have previously been requested by the parties; and

WHEREAS this request of a two-week continuance will not affect the orderly conduct of this action;

The parties hereby jointly stipulate and request that this Court continue the Case Management Conference until Friday, November 22, 2013 or as soon thereafter as is convenient for the Court, and that the deadline for Initial Disclosures pursuant to Rule 26 be extended to November 8, 2013.

Dated: November 1, 2013               By: /s/ Nicholas A. Brown

NICHOLAS A. BROWN (CA SBN 198210)
brownn@gtlaw.com
GREENBERG TAURIG, LLP
4 Embarcadero Center
Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
Attorney for Plaintiff Sunbeam Products, Inc.,
d/b/a Jarden Consumer Solutions

By: /s/ Kenneth B. Wilson (with permission)

Kenneth B. Wilson (CA SBN 130009)
ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, CA 94019
Telephone: 650.440.4211
Facsimile: 650.440.4851

Attorneys for Defendant
Oliso, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED

_____11/4/13_____         _____
Date                                     Hon. Susan Illston