Nicholas A. Brown (SBN 198210)
brownn@gtlaw.com
Vera Ranieri (SBN 271594)
ranieriv@gtlaw.com
GREENBERG TRAURIG LLP
4 Embarcadero Center
Suite 3000
San Francisco, CA 94111
Telephone: 415.655.1300
Facsimile: 415.707.2010

Kevin J. O'Shea (*pro hac vice* application pending)
osheak@gtlaw.com
GREENBERG TRAURIG, LLP
77 West Wacker Drive
Chicago, IL 60601
Telephone: 312.456.8400
Facsimile: 312.456.8435

Attorneys for Plaintiff
Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNBEAM PRODUCTS, INC., d/b/a Jarden Consumer Solutions, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>OLISO, INC. a California corporation,<br><br>Defendant. | CASE NO. 3:13-cv-03577-SI<br><br>**NOTICE OF APPEARANCE OF VERA RANIERI AS CO-COUNSEL FOR SUNBEAM PRODUCTS, INC. D/B/A JARDEN CONSUMER SOLUTIONS** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

VERA RANIERI, of the law firm Greenberg Traurig, LLP hereby enters her appearance as co-counsel of record for Plaintiff Sunbeam Products, Inc d/b/a Jarden Consumer Solutions along with Nicholas A. Brown and Kevin O'Shea (*pro hac vice* application pending).

Vera Ranieri's address, telephone number, facsimile number, and email address are as follows:

>GREENBERGTRAURIG, LLP
>4 Embarcadero Center, Suite 3000
>San Francisco, CA 94111
>Telephone: (415) 655-1300
>Facsimile: (415) 707-2010
>ranieriv@gtlaw.com

Please serve Vera Ranieri with all pleadings and notices in this action.

DATED: November 18, 2013      GREENBERG TRAURIG, LLP

By: /s/ Vera Ranieri
    Vera Ranieri

Nicholas A. Brown (CA SBN 198210)
brownn@gtlaw.com
Vera Ranieri (SBN 271594)
ranieriv@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center
Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1300
Facsimile: (415) 707-2010

Kevin J. O'Shea (*pro hac vice* application pending)
osheak@gtlaw.com
GREENBERG TRAURIG, LLP
77 West Wacker Drive
Chicago, IL 60601
Telephone: 312.456.8400
Facsimile: 312.456.8435

Attorneys for Plaintiff
Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions