# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNBEAM PRODUCTS, INC. d/b/a JARDEN CONSUMER SOLUTIONS,<br><br>Plaintiff,<br><br>v.<br><br>OLISO INC.,<br><br>Defendant. | CASE NO. 3:13-cv-03577-SI<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>The Honorable Susan Illston |

Kevin J. O'Shea, an active member in good standing of the bar of Illinois whose business address and telephone number (particular court to which applicant is admitted) is, GREENBERG TRAURIG, LLP, 77 West Wacker Drive, Suite 3100, Chicago, Illinois 60601, Telephone: (312) 456-8400 having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff Sunbeam Products, Inc., d/b/a Jarden Consumer Solutions.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in Civil L.R. 5-1, Electronic Case Filing.

Dated: 11/18/13

_____
The Honorable Susan Illston
United States District Judge