IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUNBEAM PRODUCTS INC, d/b/a JARDEN CONSUMER SOLUTIONS,

       Plaintiff,

  v.

OLISO INC,

       Defendant.

No. C 13-3577 SI

**ORDER TO SHOW CAUSE**

In an order filed March 4, 2014, the Court granted plaintiff's motion to disqualify defendant's counsel. According to the docket, defendant has not yet retained new counsel. As a corporation, defendant may not proceed *pro se* in this case. *See* Civil L.R. 3-9(b); *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993) ("[A] corporation may appear in the federal courts only through licensed counsel. . . . [T]he rationale for that rule applies equally to all artificial entities.") The Court directs defendant to retain counsel no later than **June 9, 2014**; if defendant fails to retain counsel, defendant is at risk of defaulting in this case.

**Accordingly, if defendant fails to retain counsel by June 9, 2014, defendant is ORDERED TO SHOW CAUSE in writing why judgment should not be entered in favor of plaintiff.**

**IT IS SO ORDERED.**

Dated: April 8, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE