| | |
|---|---|
| Nicholas A. Brown (CA SBN 198210)<br>brownn@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>4 Embarcadero Center<br>Suite 3000<br>San Francisco, CA 94111<br>Telephone: 415.655.1300<br>Facsimile: 415.707.2010<br><br>Kevin J. O'Shea (*pro hac vice*)<br>kevin.oshea@icemiller.com<br>ICE MILLER LLP<br>200 West Madison Street<br>Chicago, IL 60606<br>Telephone: 312.726.7163<br>Facsimile: 312.726.7103<br><br>Attorneys for Plaintiff<br>Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions | Brian E. Mitchell (SBN 190095)<br>brian.mitchell@mcolawoffices.com<br>Marcel F. De Armas (SBN 289282)<br>mdearmas@mcolawoffices.com<br>MITHCELL + COMPANY<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>Telephone: (415) 766-3515<br>Facsimile: (415) 402-0058<br><br>Attorneys for Defendant Oliso Inc. |

**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SUNBEAM PRODUCTS, INC., d/b/a Jarden Consumer Solutions, a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>OLISO, INC. a California corporation,<br><br>        Defendant. | CASE NO.  CV 3:13-cv-03577-SI<br><br>**JOINT STIPULATION TO CONTINUE ALL DEADLINES PENDING COMPLETION OF SETTLEMENT AGREEMENT**<br><br>The Honorable Susan Illston |

Pursuant to Civil L.R. 6-2 and 7-1(a)(2), Plaintiff Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions ("Sunbeam") and Defendant Oliso, Inc. ("Oliso") hereby jointly request that the Court extend all pending deadlines for 45 days to allow the parties to complete a settlement agreement reflecting settlement terms upon which the parties have reached agreement. In support of this request, the parties state the following:

1. The parties participated in mediation on October 29, 2014. (Dkt. No. 65.) Although the parties did not settle the case at the mediation, they continued to discuss settlement.

2. The parties have reached agreement on settlement terms and have begun drafting a settlement agreement, and they anticipate filing a notice of voluntary dismissal on or before March 20, 2015.

3. Accordingly, the parties jointly request that the Court extend the pending deadlines as follows to provide them sufficient time to finalize a settlement agreement and meet the terms thereof:

| Who | Event | Presently Scheduled Date | Proposed Date |
|---|---|---|---|
| Parties | to complete Claim Construction Discovery (L.R. 4.3) | *February 16, 2015* | *April 2, 2015* |
| Plaintiff | to file Opening Claim Construction Briefs (L.R. 4-5a) | *March 2, 2015* | *April 16, 2015* |
| Defendant | to file Responsive Claim Construction Briefs (L.R. 4-5b) | *March 16, 2015* | *April 30, 2015* |
| Plaintiff | to file Reply Claim Construction Briefs (L.R. 4-5c) | *March 23, 2015* | *May 7, 2015* |
| Parties | to conduct Technology Tutorial (if needed) | *N/A* | *N/A* |

| Who | Event | Presently Scheduled Date | Proposed Date |
|---|---|---|---|
| Court, Parties | to conduct and participate in Claim Construction Hearing | *April 22, 2015* | TBD (pursuant to Court's schedule) |
| Parties | to complete Fact Discovery | TBD | TBD |
| Parties | to serve Expert Reports | TBD | TBD |
| Parties | to serve Expert Rebuttal Reports | TBD | TBD |
| Parties | to complete Expert Discovery | TBD | TBD |
| Parties | to file Dispositive Motions | TBD | TBD |
| Court | to conduct hearing on Dispositive Motions | TBD | TBD |
| Court, Parties | to conduct and participate in Final Pretrial Conference | TBD | TBD |
| Court, Parties | To conduct and participate in Jury Trial | TBD | TBD |

4. This limited continuance is for good cause. The parties are not submitting this request for the purposes of delay but, rather, so that they may have sufficient time to finalize a settlement agreement and complete the terms of the agreement, and dismiss this matter forthwith in its entirety.

| | |
|---|---|
| Dated: February 12, 2015 | Respectfully Submitted, |
| /s/ Kevin J. O'Shea | /s/ Brian E. Mitchell |
| Nicholas A. Brown (CA SBN 198210)<br>brownn@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>4 Embarcadero Center<br>Suite 3000<br>San Francisco, CA 94111<br>Telephone: 415.655.1300<br>Facsimile: 415.707.2010 | Brian E. Mitchell (SBN 190095)<br>brian.mitchell@mcolawoffices.com<br>Marcel F. De Armas (SBN 289282)<br>mdearmas@mcolawoffices.com<br>MITHCELL + COMPANY<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>Telephone: (415) 766-3515<br>Facsimile: (415) 402-0058 |
| Kevin J. O'Shea (*pro hac vice*)<br>kevin.oshea@icemiller.com<br>ICE MILLER LLP<br>200 West Madison Street<br>Chicago, IL 60606<br>Telephone: 312.726.7163<br>Facsimile: 312.726.7103 | Attorneys for Defendant Oliso Inc. |
| Attorneys for Plaintiff<br>Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions | |

**CERTIFICATE OF SERVICE**

Pursuant to Local Civil Rule 5-1, I hereby certify that a true and correct copy of the foregoing document has been served upon all counsel of record via the Court's CM/ECF system on **February 12, 2015**.

*/s/ Nicholas A. Brown*
Nicholas A. Brown