Nicholas A. Brown  (CA SBN 198210)
brownn@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center
Suite 3000
San Francisco, CA 94111
Telephone: 415.655.1300
Facsimile: 415.707.2010

Kevin J. O'Shea (*pro hac vice*)
kevin.oshea@icemiller.com
ICE MILLER LLP
200 West Madison Street
Chicago, IL  60606
Telephone:  312.726.7163
Facsimile:  312.726.7103

Attorneys for Plaintiff
Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions

Brian E. Mitchell (SBN 190095)
brian.mitchell@mcolawoffices.com
Marcel F. De Armas (SBN 289282)
mdearmas@mcolawoffices.com
MITCHELL + COMPANY
4 Embarcadero Center, Suite 1400
San Francisco, CA  94111
Telephone:  (415) 766-3515
Facsimile:  (415) 402-0058

Attorneys for Defendant Oliso Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SUNBEAM PRODUCTS, INC., d/b/a Jarden Consumer Solutions, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>OLISO, INC.  a California corporation,<br><br>Defendant. | CASE NO.  CV 3:13-cv-03577-SI<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS AND [PROPOSED] ORDER**<br><br>The Honorable Susan Illston |

Plaintiff Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions ("Sunbeam") and Defendant Oliso, Inc. ("Oliso"), through their designated counsel, state that they have reached an agreement to settle all claims brought in this action. Accordingly, pursuant to Civil L.R. 7-1(a)(5) and 7-12, Sunbeam and Oliso hereby stipulate and agree as follows:

1. Sunbeam hereby voluntarily dismisses all claims brought in this matter against Oliso with prejudice;

2. Oliso hereby voluntarily dismisses all counterclaims brought in this matter against Sunbeam with prejudice; and

3. Each party shall bear its own costs and attorneys' fees.

Thus, the parties respectfully request, in accordance with Federal Rules of Civil Procedure 41(a)(1) & (2), that the Court dismiss all claims and counterclaims brought in this action with prejudice, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| Dated:  March 12, 2015 | Respectfully Submitted, |
| /s/ Kevin J. O'Shea | /s/ Brian E. Mitchell |
| Nicholas A. Brown  (CA SBN 198210)<br>brownn@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>4 Embarcadero Center<br>Suite 3000<br>San Francisco, CA 94111<br>Telephone: 415.655.1300<br>Facsimile: 415.707.2010<br><br>Kevin J. O'Shea (*pro hac vice*)<br>kevin.oshea@icemiller.com<br>ICE MILLER LLP<br>200 West Madison Street<br>Chicago, IL  60606<br>Telephone:  312.726.7163<br>Facsimile:  312.726.7103<br><br>Attorneys for Plaintiff<br>Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions | Brian E. Mitchell (SBN 190095)<br>brian.mitchell@mcolawoffices.com<br>Marcel F. De Armas (SBN 289282)<br>mdearmas@mcolawoffices.com<br>MITCHELL + COMPANY<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA  94111<br>Telephone:  (415) 766-3515<br>Facsimile:  (415) 402-0058<br><br>Attorneys for Defendant Oliso Inc. |

## **PROPOSED ORDER**

Pursuant to Stipulation, so ordered.

Dated:  3/13/15

_____
The Honorable Susan Illston

## **ATTESTATION CLAUSE**

I, Nicholas A. Brown, am the ECF User whose ID and password are being used to file this JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS AND [PROPOSED] ORDER.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that  Brian E. Mitchell, counsel for defendant Oliso, Inc., concurred in this filing.

Dated:   March 12, 2015

GREENBERG TRAURIG, LLP

By: */s/ Nicholas A. Brown*
    Nicholas A. Brown

## CERTIFICATE OF SERVICE

Pursuant to Local Civil Rule 5-1, I hereby certify that a true and correct copy of the foregoing document has been served upon all counsel of record via the Court's CM/ECF system on March 12, 2015.

*/s/ Nicholas A. Brown*
Nicholas A. Brown